IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| TAMMY EPPERT, | : | Case No. 1:23-cv-712 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| SANOFI U.S. SERVICES, INC., et. al, | : | |
| Defendants. | : | |

---

### ORDER GRANTING MOTION TO STAY (Doc. 14)

---

This matter is before the Court on Defendants' unopposed Motion to Stay (Doc. 14). The parties seek to stay these proceedings to finalize a Master Settlement Agreement that would include Plaintiff and resolve the instant case. (*Id.* at Pg. ID 372.)

"The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997). In determining whether to grant a stay, "district courts often consider the following factors: the need for a stay, the balance of potential hardship to the parties and the public, and the promotion of judicial economy." *Ferrell v. Wyeth-Ayerst Labs., Inc.*, No. 1:01-CV-447, 2005 WL 2709623, at *1 (S.D. Ohio Oct. 21, 2005) (citation omitted).

Upon consideration of the motion and applicable law, a stay is appropriate. A stay in this case will allow the parties to finalize their Settlement Agreement, thus preventing unnecessary litigation and promoting judicial economy. Accordingly, Defendants' unopposed Motion to Stay (Doc. 14) is **GRANTED** and this case is **STAYED** in its

entirety. The Parties are additionally **ORDERED** to file a joint status report in six months outlining to progress of the Master Settlement Agreement.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *[signature]*
JUDGE MATTHEW W. McFARLAND
